**Hazel V. REIDENBACH, Plaintiff-Appellant, v. A. I. NAMM & SON, Defendant-Appellee.**

**Hazel V. REIDENBACH, Plaintiff-Appellant, v. KOPS BROTHERS, Inc., Defendant-Appellee.**

**No. 39.**

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1938.

Hauff & Warland, of New York City (Wm. E. Warland, of New York City, of counsel), for appellant.

Merrell E. Clark, of New York City (William J. Barnes, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decrees, 25 F.Supp. 235, affirmed.

**The RINEX LABORATORIES COMPANY, Pierre Frailey and Arnold Bonbrake, Appellants, v. William H. NOLL, Doing Business Under the Trade Name of The Pinex Company, Appellee.**

**No. 7532.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

James M. McSweeney, of Cleveland, Ohio, and G. Kenneth Brown, of New York City, for appellants.

John R. Milburn, of Cleveland, Ohio, for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The decree is affirmed for the reasons stated in the opinion of the District Judge, 25 F.Supp. 239.

**ROLSCREEN COMPANY v. KIRSCH COMPANY.**

**No. 7508.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1938.

Bair, Freeman & Sinclair, of Des Moines, Iowa, and Frank E. Liverance, Jr., of Grand Rapids, Mich., for appellant.

Chappell & Earl, of Kalamazoo, Mich., for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon motion of appellant it is ordered that this appeal be and the same is dismissed.

**Joseph C. ROSS v. UNITED STATES of America.**

**No. 8004.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

Zeno Fritz, of Pittsburgh, Pa., for appellant.

Francis C. Canny, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and the same is dismissed, pursuant to stipulation of counsel.